**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Case No. 8:26-cv-851

JOSHUA BATTLES,

     Plaintiff,

v.

GAINESVILLE AUTOMOTIVE
MANAGEMENT, LLC
d/b/a GAINESVILLE BUICK GMC,

     Defendant.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

Attorney Darren R. Newhart of the law firm Newhart Legal, P.A. appears as counsel for

Plaintiff and requests that copies of all pleadings and papers filed in this case be served

electronically to the designated email address provided below.

Respectfully Submitted,

/s/ Darren R. Newhart
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile:  (561) 473-2946

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2026, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Darren R. Newhart
Darren R. Newhart, Esq.

## SERVICE LIST

All counsel of record.

2