**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
Case No. 8:26-cv-851

JOSHUA BATTLES,

     Plaintiff,

v.

GAINESVILLE AUTOMOTIVE
MANAGEMENT, LLC.,
d/b/a GAINESVILLE BUICK GMC,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, by and through undersigned counsel, and hereby files this Voluntary Dismissal Without Prejudice as to Defendant, GAINESVILLE AUTOMOTIVE MANAGEMENT, LLC., d/b/a GAINESVILLE BUICK GMC. Each party to bear their own attorney's fees and costs.

/s/ Joshua Feygin
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email:  Josh@sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan Street
Suite 205
Hollywood, FL 33021
Telephone: (954) 228-5671
Facsimile: (954) 697-0357

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that in compliance with Fla. R. Jud. Admin. 2.516 that a true and correct copy of the above and foregoing has been sent via the E-File portal to the parties or their respective counsel of record as of June 5, 2026.

Respectfully submitted,

/s/ Joshua Feygin
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685